

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2019

No. 04-19-00662-CV

**MEDFINMANAGER, LLC** and Joel Clapick,
Appellants

v.

Robert M. **STONE** and Raymond S. Deleon,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-17804
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

The clerk's record was due October 28, 2019, but was not filed. On October 29, 2019, the district clerk filed a notification of late record stating the clerk's record was not filed because appellants have not paid or made arrangements to pay the clerk's fee to prepare the record and appellants are not entitled to the record without paying the fee.

We **ORDER** appellants to provide written proof to this court by **November 12, 2019**, that either: (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellants are entitled to the clerk's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.1, 35.3(a). If appellants fail to file such proof within the time provided, this appeal will be dismissed for want of prosecution. *See id.* R. 37.3(b).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk